UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COVANCE, INC.**,<br>　　　　Plaintiff,<br>　　v.<br>**INCLIN, INC., ET AL.**,<br>　　　　Defendants. | Case No. 16-cv-00429-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

A Case Management Conference is currently set for the above-captioned matter for September 26, 2016. (Dkt. No. 36.) Pursuant to the Local Rules, "[u]nless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d). The parties have not filed such a statement.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Friday, September 30, 2016** on the Court's **9:01 a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Monday, September 26, 2016**, the parties must file either (i) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (ii) a written response to this Order to Show Cause why they should not be sanctioned for their failure timely to file a joint case management statement. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel must personally appear at the hearing. Neither a

special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for Monday, September 26, 2016 is **CONTINUED** to **Monday, October 3, 2016.**

**IT IS SO ORDERED.**

Dated:  September 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**