| | |
|---|---|
| KELLEY DRYE & WARREN LLP<br>  Kathryn A. Visosky (Bar. No. 246438)<br>  David E. Jang (Bar No. 258914)<br>10100 Santa Monica Boulevard, 23rd Floor<br>Los Angeles, California 90067-4008<br>Telephone: (310) 712-6100<br>Facsimile: (310) 712-6199<br>kvisosky@kelleydrye.com<br>djang@kelleydrye.com | LAW OFFICES OF DAVID DORNBLASER<br>  David Dornblaser (Bar No. 200566)<br>2000 Alameda de las Pulgas, Suite 242<br>San Mateo, CA 94403<br>Telephone: (408) 209-5879<br>Facsimile: none<br>dd@dornblaser.net |
| KELLEY DRYE & WARREN LLP<br>  Robert I. Steiner (*admitted pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 808-7533<br>Facsimile: (212) 808-7897<br>rsteiner@kelleydrye.com<br><br>*Attorneys for Plaintiff Covance Inc.* | MCGUIREWOODS LLP<br>  Joel H. Spitz (*admitted pro hac vice*)<br>  Michael R. Phillips (*admitted pro hac vice*)<br>77 W Wacker Drive, Suite 4100<br>Chicago Illinois 60601<br>Telephone: (312) 849-8100<br>Facsimile: (312) 849-3690<br>jspitz@mcguirewoods.com<br>mphillips@mcguirewoods.com |
| | MCGUIREWOODS LLP<br>  Michael D. Mandel (State Bar No. 216934)<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 315-8200<br>Facsimile: (310) 315-8210<br>ssullivan@mcguirewoods.com<br><br>*Attorneys for Defendants* |

**GRANTED**
Judge Yvonne Gonzalez Rogers
12/28/2016

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| COVANCE INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>INCLIN, INC., a California corporation; HOPE DAVIES, an individual; and DOES 1-50, inclusive,<br><br>      Defendants. | CASE NO. 4:16-CV-00429-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

1 | Plaintiff Covance Inc. and Defendants InClin, Inc. and Hope Davies, being all of the
2 | parties to the above-captioned action, hereby stipulate and agree, by and through their respective
3 | counsel of record, that this entire action shall be dismissed in its entirety with prejudice pursuant
4 | to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each of the parties shall bear its own costs and
5 | attorneys' fees.

DATED: December 23, 2016         KELLEY DRYE & WARREN LLP
                                   Robert I. Steiner (*pro hac vice*)
                                   Kathryn A. Visosky
                                   David E. Jang

                                 By   /s/ Robert I. Steiner
                                        Robert I. Steiner
                                      *Attorneys for Plaintiff*
                                      *Covance Inc.*

DATED:  December 23, 2016        LAW OFFICES OF DAVID DORNBLASER
                                    David Dornblaser

                                 MCGUIRE WOODS LLP
                                   Joel H. Spitz (*pro hac vice*)
                                   Michael R. Phillips (*pro hac vice*)
                                   Michael D. Mandel

                                 By   /s/ Michael R. Phillips
                                        Michael R. Phillips
                                      *Attorneys for Defendants*
                                      *InClin, Inc. and Hope Davies*

**Local Rule 5-1(i) Attestation**

Pursuant to Local Rule 5-1(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: December 23, 2016           KELLEY DRYE & WARREN LLP

By   /s/ Robert I. Steiner
       Robert I. Steiner